**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Subpoena of Hyundai Heavy Industries Co., Ltd. | Case No. ___2:25-mc-00051___ |
| *UNDERLYING CASE:* <br><br> In the Matter of the Petition <br><br> of <br><br> GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, <br><br> and <br><br> SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, <br><br> for Exoneration from or Limitation of Liability. | Case No. 24-cv-00941-JKB (D. Md.) <br><br> Honorable James K. Bredar |

**NON-PARTY HD HHI'S MOTION TO QUASH THE SUBPOENA**
**TO TESTIFY AT A DEPOSITION**

Non-Party HD Hyundai Heavy Industries, Co., Ltd. ("HD HHI") hereby appears specially—without consenting to this Court's jurisdiction or waiving any argument regarding the lack thereof—and moves pursuant to Federal Rule of Civil Procedure 45(d) to quash the July 16, 2025 subpoena commanding HD HHI to appear and testify at a deposition, purportedly served by Grace Ocean Private Limited and Synergy Marine Pte Ltd., in connection with *In the Matter of the Petition of Grace Ocean Private Ltd., et al. for Exoneration from or Limitation of Liability*, No. 24-cv-00941 (D. Md.).  HD HHI does not submit to the jurisdiction of this Court and respectfully moves to quash the Subpoena on the grounds set forth in the accompanying brief.

Respectfully submitted,

Dated:  August 22, 2025

/s/ *George P. Varghese*
George P. Varghese (Pennsylvania Bar No. 94329)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com

Alan Schoenfeld (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com


*Attorneys for Non-Party HD Hyundai Heavy Industries, Co., Ltd.*

2

**CERTIFICATE OF SERVICE**

I certify that on August 22, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system.  A true and correct copy of the foregoing was also mailed and/or served via electronic mail to the following:

BLANK ROME LLP

William R. Bennett, III
Thomas H. Belknap, Jr.
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000

Emma C. Jones
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
Telephone: (202) 420-2200

/s/ *George P. Varghese*
George P. Varghese