## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Subpoena of Hyundai Heavy Industries Co., Ltd. | Case No. ___2:25-mc-00051___ |
| *UNDERLYING CASE:* | |
| In the Matter of the Petition | |
| of | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | Case No. 24-cv-00941-JKB (D. Md.) |
| and | Honorable James K. Bredar |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | |
| for Exoneration from or Limitation of Liability. | |

## <u>RELATED CASE DESIGNATION</u>

HD Hyundai Heavy Industries, Co., Ltd. submits this notice pursuant to Local Rule of Civil Procedure for the Eastern District of Pennsylvania 40.1.IV to inform the Court of a related prior civil action pending in this Court, *Grace Ocean Private Limited, et al. v. Hyundai Heavy Industries Co., Ltd.*, Civil Action No. 2:25-cv-04374-KNS. This case is related to that prior action because it "involve[s] a transaction or occurrence" that is the subject of that suit.

Dated:  August 22, 2025                  Respectfully submitted,

/s/ *George P. Varghese*
George P. Varghese (Pennsylvania Bar No. 94329)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com

Alan Schoenfeld (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com

*Attorneys for HD Hyundai Heavy Industries, Co., Ltd.*

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system. A true and correct copy of the foregoing was also mailed and/or served via electronic mail to the following:

BLANK ROME LLP

William R. Bennett, III
Thomas H. Belknap, Jr.
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000

Emma C. Jones
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
Telephone: (202) 420-2200

/s/ *George P. Varghese*
George P. Varghese