IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Subpoena of Hyundai Heavy Industries Co., Ltd. | Case No. 2:25-mc-00051-JS (E.D. Pa.) |
| *UNDERLYING CASE:*<br><br>In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No. 24-cv-00941-JKB (D. Md.)<br><br>Honorable James K. Bredar |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On August 22, 2025, Non-Party HD Hyundai Heavy Industries, Co., Ltd. ("HD HHI") appeared specially—without consenting to this Court's jurisdiction or waiving any argument regarding the lack thereof—and commenced this miscellaneous action for the purpose of moving under Federal Rule of Civil Procedure 45(d) to quash the July 16, 2025, subpoena commanding HD HHI to appear and testify at a deposition, purportedly served by Grace Ocean Private Limited and Synergy Marine Pte Ltd., in connection with *In the Matter of the Petition of Grace Ocean Private Ltd., et al. for Exoneration from or Limitation of Liability*, No. 24-cv-00941 (D. Md.).  *See* ECF No. 1.

On August 29, 2025, counsel for Grace Ocean and Synergy Marine informed counsel for HD HHI by e-mail that Grace Ocean and Synergy Marine "hereby withdr[ew] their subpoenas dated July 16, 2025." Accordingly, HD HHI—without consenting to this Court's jurisdiction or waiving any argument regarding the lack thereof—respectfully submits this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  September 4, 2025                                   Respectfully submitted,


/s/ *George P. Varghese*
George P. Varghese (Pennsylvania Bar No. 94329)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com

*Attorneys for Non-Party HD Hyundai Heavy Industries, Co., Ltd.*

**CERTIFICATE OF SERVICE**

    I certify that on September 4, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system.

                                              /s/ *George P. Varghese*
                                              George P. Varghese